MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KEVIN J. LIN (CABN 5048053)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: kevin.lin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-13-395  YGR |
| Plaintiff, ) | ORDER OF REFERENCE FOR CHANGE OF PLEA |
| v. ) | |
| ARMANDO CARDENAS-AVALOS, ) | |
| Defendant. ) | |

With the agreement of the parties, and with the consent of defendant, the Court enters the following Order:

Pursuant to General Order 42, the Court finds that exceptional circumstances warrant the referral of the above-captioned matter to Magistrate Judge Kandis A. Westmore for a report and recommendation on the acceptance of the defendant's guilty plea to take place on September 23, 2013 at 9:30 a.m.  Upon conducting such hearing, the Hon. Kandis A. Westmore shall schedule the matter for consideration of her report and recommendation on acceptance of the guilty plea,

//

//

//

and judgment and sentencing on December 12, 2013 at 2:00 p.m. in Courtroom 5 of this Court, Hon. Yvonne Gonzalez Rogers presiding.

**IT IS SO ORDERED.**

DATED: September 5, 2013

_____
HONORABLE YVONNE GONZALEZ ROGERS
United States District Court Judge

ORDER OF REFERENCE FOR CHANGE OF PLEA
13-395  YGR